# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Ronald B Jones | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 6:09-cv-02673-DCN |
| David P Schwacke, Patricha Kennedy | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* recover from the defendant *(name)* the amount of dollars ($ ), which includes prejudgment interest at the rate of %, plus postjudgment interest at the rate of %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

■ other:   Plaintiff's complaint is dismissed without prejudice and without issuance and service of process.

                                                                                                                        .

This action was *(check one)*:

☐ tried by a jury with Judge                                                                  presiding, and the jury has rendered a verdict.

☐ tried by Judge                                                                  without a jury and the above decision was reached.

■ decided by Judge       David C. Norton on the record.          on a motion for

                                                                                                                        .


Date:     Dec 14, 2009                                              *CLERK OF COURT*


                                                                    s/Nora Chandler, Deputy Clerk

                                                                    *Signature of Clerk or Deputy Clerk*